```
IN THE UNITED STATES DISTRICT COURT FOR THE
              EASTERN DISTRICT OF OKLAHOMA

AGAPE FLIGHTS, INC.,                  )
                                      )
        Plaintiff,                    )
                                      )
v.                                    )    No. CIV-09-492-FHS
                                      )
COVINGTON AIRCRAFT ENGINES, INC.;     )
PRATT & WHITNEY CANADA                )
CORPORATION; HAMILTON SUNDSTRAND      )
CORPORATION; KANSAS AVIATION OF       )
INDEPENDENCE, LLC; and JOHN DOE       )
DEFENDANTS 2-25,                      )
                                      )
        Defendants.                   )
                                      )
and                                   )
                                      )
PRATT & WHITNEY CANADA                )
CORPORATION and HAMILTON              )
SUNDSTRAND CORPORATION;               )
                                      )
        Third Party Plaintiffs,       )
                                      )
v.                                    )
                                      )
KANSAS AVIATION OF INDEPENDENCE,      )
LLC and BANYAN AIR SERVICE, INC.,     )
                                      )
        Third Party Defendants.       )
```

## **JUDGMENT**

Pursuant to the Court's Opinions and Orders entered on June 28, 2011 (Doc. No. 208), September 27, 2011 (Doc. No. 217), July 9, 2012 (Doc. No. 259), and October 26, 2012 (Doc. No. 287), judgment is entered in favor of Defendants, Covington Aircraft Engines, Inc., Pratt & Whitney Canada Corporation, Hamilton Sundstrand Corporation, and Kansas Aviation of Independence, LLC, on the respective claims asserted against them by Plaintiff, Agape

1

Flights, Inc.

Pursuant to the Court's Opinion and Order entered on January 12, 2011 (Doc. No. 187) dismissing, for lack of personal jurisdiction, the third-party claims of Pratt & Whitney Canada Corporation and Hamilton Sundstrand Corporation, and the cross-claims of Covington Aircraft Engines, Inc., against Third-Party Defendant, Banyan Air Service, Inc., judgment is entered in favor of Banyan Air Service, Inc., dismissing such claims for lack of personal jurisdiction.

Given the resolution of all claims before the Court, this action is ordered dismissed in its entirety.

Judgment is entered this 26th day of October, 2012.

Frank H. Seay
United States District Judge
Eastern District of Oklahoma